FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RONALD HARTKE.** | * |
| | * **Case No. 3:23-cv-00301** |
| *Plaintiffs,* | * |
| | * **Judge Walter H. Rice** |
| **v.** | * |
| | * |
| **ADVENT SVCS LLC,** | * |
| | * |
| *Defendants.* | * |
| | * |

## ORDER GRANTING THE AGREED MOTION & STIPULATION OF PARTIAL DISMISSAL

Upon review of the *Agreed Motion & Stipulation of Partial Dismissal*, the Court hereby GRANTS this Motion and dismisses Count III of Advent SVCS LLC's Counterclaim without prejudice. This dismissal does not impact any other counterclaims that Advent is seeking against Ronald Hatke.

**SO ORDERED:**

*[signature]*

**Judge Walter H. Rice**

3