IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD HARTKE, :

    Plaintiff,

v. : Case No. 3:23-cv-301

ADVENT SVCS, LLC, JUDGE WALTER H. RICE

    Defendant. :

---

### ENTRY OVERRULING AS MOOT THE JOINT STIPULATION EXTENDING MOTIONS FOR SUMMARY JUDGMENT DEADLINE

---

Upon review of the Joint Stipulation Extending Motions for Summary Judgment Deadline, Doc. #31, and upon recognition that both parties successfully filed their respective motions for summary judgment prior to the already-existing deadline, Docs. #32, 33, the Court OVERRULES AS MOOT the motion to extend the deadline for filing motions for summary judgment.

Date: April 10, 2025

                                                                                   WALTER H. RICE
                                                                                   UNITED STATES DISTRICT JUDGE